**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GREGORY S. BRIDGMAN**                                                                                  **PLAINTIFF**

**V.                       CASE NO.: 1:14CV00090 JLH/BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## ORDER

Plaintiff Gregory Bridgman's motion to dismiss (docket entry #12) is GRANTED.

Mr. Bridgman's case is DISMISSED, with prejudice, this 16th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE