# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GREGORY S. BRIDGMAN**                                                              **PLAINTIFF**

**V.**                       **CASE NO.: 1:14CV00090 JLH/BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE this 16th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE